# United States District Court
## Southern District of Georgia

Daniel Jeryous Williams,

_____
Plaintiff

v.

Kilolo Kijakazi,

_____
Defendant

Case No. 6:22-cv-00025-JRH-BKE

Appearing on behalf of

Plaintiff

_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __12th__ day of __August__, __2022__.

_/s/ Brian K. Epps_
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | David B. Goetz, Esq. |
| Business Address: | Gonzalez & Goetz, LLC (Firm/Business Name) |
| | 2300 NW Corporate Blvd., Suite 244 (Street Address) |
| | Street Address (con't) — Boca Raton — FL — 33431 (City, State, Zip) |
| | Mailing Address (if other than street address) |
| | Address Line 2 — City — State — Zip |
| | 954-764-8989 — Telephone Number (w/ area code) — Georgia Bar Number |
| Email Address: | usdcdavid@gglaw.info |